UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

WILLIAM PERELDA,
                Defendant.
--------------------------------------------------------------x

**ORDER**

17 CR 559 (VB)

      Defendant William Perelda has filed a motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). (Doc. #47).

The government is directed to file a response to the motion by June 18, 2021.

Chambers will mail a copy of this Order to defendant at the following address:

William Perelda, Reg. No. 78710-054
FCI Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV 26525

Dated: June 4, 2021
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge

Copies Mailed/Faxed 6-4-21
Chambers of Vincent L. Briccetti