UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

WILLIAM PERELDA,
                         Defendant.
-----------------------------------------------------------x

**ORDER**

17 CR 559 (VB)

      Defendant William Perelda has filed a motion for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  (Doc. #56).  This is defendant's second such motion, his first motion having been denied by order dated June 21, 2021.  (Doc. #51).

      The government is directed to file a response to the motion by January 27, 2022.

      Chambers will mail a copy of this Order to defendant at the following address:

William Perelda, Reg. No. 78710-054
FCI Hazelton
Federal Correctional Institution
P.O. Box 5000
Bruceton Mills, WV  26525

Dated: January 6, 2022
        White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge